NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CYNTHIA T. HOPSON,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

_____

2013-3042

_____

Petition for review of the Merit Systems Protection Board in case no. AT0752110783-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Cynthia Hopson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

CYNTHIA HOPSON v. MSPB                                            2

                                          FOR THE COURT

                                          /s/ Jan Horbaly
                                          Jan Horbaly
                                          Clerk

s24